FILED
October 18, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. MAG. 05-0306-PAN |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| LARRY L. MALATO, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release LARRY L. MALATO, Case No. MAG. 05-0306-PAN, Charge, Theft of Government Property, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ✗  Release on Personal Recognizance

    ___  Bail Posted in the Sum of $_____

        ___  Unsecured Appearance Bond

        ___  Appearance Bond with 10% Deposit

        ___  Appearance Bond with Surety

        ___  Corporate Surety Bail Bond

    ✗  (Other)    Special Conditions as stated on the record

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on October 18, 2005 at 4:45 p.m.

By  /s/ Peter A. Nowinski
Peter A. Nowinski
United States Magistrate Judge