```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  KATHERINE E. UNDERWOOD
    Certified Student, Misdemeanor Unit
 4  501 "I" Street, Suite 10-100
    Sacramento, CA  95814
 5  Telephone: (916) 554-2810

 6  Attorneys for Plaintiff

 7          IN THE UNITED STATES DISTRICT COURT FOR THE

 8                  EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,    )
                                 )
11          Plaintiff,           )   Mag. 05-0306-PAN
                                 )
12      v.                       )   APPLICATION AND ORDER FOR
                                 )   WRIT OF HABEAS CORPUS AD
13  LARRY L. MALATO              )   PROSEQUENDUM
                                 )
14          Defendant.           )
    _____)
15
```

COMES NOW the United States of America by the United States Attorney and represents and shows:

That there is now detained in Rio Consumnes Correctional Center, in the custody of the Warden, Sheriff or Jailor thereof, the defendant in the above-entitled case, which case will be called for arraignment and plea, and for such other proceedings as may be proper on the day of November 17, 2005, at the hour of 9:00 a.m. and that it is necessary to have the defendant present in the courtroom of the Honorable Peter A. Nowinski of the United States District Court, 50l I Street, Federal Building and U.S. Courthouse, Sacramento, California; and in order to secure the presence of the defendant it is necessary that a Writ of Habeas Corpus ad Prosequendum be issued commanding the Warden, Sheriff or Jailor to

1

produce the defendant in court on said date, and at such other dates as may be necessary in order to procure defendant's presence for arraignment, plea and all other proceedings incident thereto.

WHEREFORE, your petitioner prays for an order directing the issuance of a Writ of Habeas Corpus ad Prosequendum out of and under the seal of this Court, directed to the Warden, Sheriff or Jailor, commanding him to have and produce the above-named defendant in the United States District Court at said time, and then and there to present the defendant before the Court and from day to day thereafter as may be necessary, and at the termination of the proceedings against the defendant to return defendant to the custody of the Warden, Sheriff or Jailor.

DATED: November 3, 2005

                              McGREGOR W. SCOTT
                              United States Attorney

                    By: /s/ Matthew C. Stegman
                         MATTHEW C. STEGMAN
                         Assistant U.S. Attorney
                         Attorneys for Plaintiff

O R D E R

Upon reading and filing the foregoing application in that behalf;

IT IS ORDERED that a Writ of Habeas Corpus ad Prosequendum issue as prayed for herein.

DATED: November _9_, 2005

           /s/ Peter A. Nowinski
           PETER A. NOWINSKI
           UNITED STATES MAGISTRATE JUDGE