1  QUIN DENVIR, Bar #49374
   Federal Defender
2  LIVIA R. MORALES, Bar #224504
   Staff Attorney
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   LARRY MALATO

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  Mag. No. 05-306-PAN
                                     )
12                  Plaintiff,       )
                                     )  STIPULATION AND ORDER
13       v.                          )
                                     )
14  LARRY MALATO,                    )  Date:  January 12, 2006
                                     )  Time:  9:00 a.m.
15                  Defendant.       )  Judge: Peter J. Nowinski
                                     )
16  _____ )

17       IT IS HEREBY STIPULATED and agreed to between the United States of

18  America through MATTHEW C. STEGMAN, Assistant United States Attorney,

19  and defendant, LARRY MALATO, by and through his counsel, LIVIA R.

20  MORALES, Staff Attorney, that the trial confirmation hearing set for

21  December 1, 2005, be reset for January 12, 2006, at 9:00 a.m. and the

22  jury trial set for December 12, 2005, be reset for January 23, 2006 at

23  9:00 a.m.

24       This continuance is being requested because the parties need more

25  time to review discovery, investigate, prepare for trial and /or

26  negotiate a resolution.  Mr. Malato made his initial appearance on

27  October 18, 2005 and entered a not guilty plea on November 17, 2005.

28  The trial confirmation hearing was set for December 1, 2005, only 14

1  days later.  Due to the defendant's incarceration in another case in

2  another jurisdiction, the government delayed in gathering and providing

3  discovery.  Further, government agencies and the courts were closed on

4  November 24-25, 2005, thus leaving the parties with only 12 days to

5  resolve the case.  This continuance is being requested because defense

6  counsel needs additional time to review discovery, to interview

7  witnesses, to investigate as necessary, and to prepare for trial, or

8  disposition.

9       Speedy trial time should be excluded from the date of this order

10  through the date of the jury trial set on January 23, 2006, pursuant to

11  18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local

12  Code T4).

13       The court further finds that the ends of justice served by

14  granting defendant's counsel time to diligently prepare outweigh the

15  best interests of the defendant and the public in a speedy trial.

16  Dated: November 28, 2005          Respectfully submitted,

17                                    QUIN DENVIR
                                      Federal Defender
18
                                      /s/ Livia R. Morales
19                                    LIVIA R. MORALES
                                      Staff Attorney
20                                    Attorney for Defendant
                                      LARRY MALATO
21

22  DATED: November 28, 2005          McGREGOR SCOTT
                                      United States Attorney
23
                                      /s/ Anne Pings for
24                                    MATTHEW C. STEGMAN
                                      Assistant United States Attorney
25
         **IT IS SO ORDERED.**
26
    DATED: November 29, 2005
27                                        /s/ Peter A. Nowinski
                                      HON. PETER A. NOWINSKI
28                                    UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER/MALATO            -2-