1  DANIEL J. BRODERICK, #89424
   Acting Federal Defender
2  LIVIA R. MORALES, Bar #224504
   Staff Attorney
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   LARRY MALATO

7            IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,    )  NO.  05-mj-0306 DAD
                                )
11           Plaintiff,          )  **APPLICATION AND ORDER FOR WRIT OF**
                                )  **HABEAS CORPUS AD PROSEQUENDUM;**
12      v.                      )  **WRIT OF HABEAS CORPUS AD**
                                )  **PROSEQUENDUM**
13 LARRY MALATO,                 )
                                )
14           Defendant.          )  Date: March 7, 2006
                                )  Time: 10:00 a.m.
15 _____)  Judge: Hon. Dale A. Drozd

17      Defendant, LARRY MALATO, inmate X-Ref #202076, defendant in
18 proceedings scheduled for March 7, 2006, in the aforementioned case is
19 confined in the Rio Cosumnes Correctional Center, located at 12500
20 Bruceville Road, Elk Grove, California, in the custody of the Sacramento
21 County Sheriffs Department.  In order to secure this inmate's attendance
22 it is necessary that a Writ of Habeas Corpus ad Prosequendum issue
23 commanding the custodian to produce the inmate in Court, Eighth Floor,
24 Courtroom #27, United States Courthouse, 501 I Street, Sacramento,
25 California  95814, on March 7, 2006, at 10:00 a.m.
26 //
27 //
28 //

1  ACCORDINGLY, IT IS ORDERED that:

2      1.  A Writ of Habeas Corpus Prosequendum issue, under the seal of
3  this court, commanding the Sacramento County Sheriffs Department to
4  produce the inmate LARRY MALATO to testify in United States District
5  Court at the time and place above, and from day to day until completion
6  of court proceedings or as ordered by the court; and thereafter to return
7  the inmate to the above institution;

8      2.  The custodian is ordered to notify the court of any change in
9  custody of this inmate and is ordered to provide the new custodian with
10 a copy of this writ; and

11     3.  The Clerk of the Court is directed to serve a courtesy copy
12 of this order and writ of habeas corpus ad prosequendum on the Jail
13 Commander, Captain Doug Lee, or the Warden, Sheriff or Booking
14 department, at the Rio Cosumnes Correctional Center, located at 12500
15 Bruceville Road, Elk Grove, California 95757.

17 **WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

19 To: **Jail Commander, Captain Doug Lee**, Rio Cosumnes Correctional
20      Center, in Elk Grove, California and to any United States
       Marshal.

21 **WE COMMAND** you to produce the inmate named above to testify
22 before the United States District Court at the time and place above,
23 and from day to day until completion of the proceedings or as ordered
24 by the court; and thereafter to return the inmate to the above
25 institution.
26
27 //
28 //
   //

2

**FURTHER,** you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:  March 2, 2006          Respectfully submitted,

DANIEL J. BRODERICK
Assistant Federal Defender

/s/  Livia R. Morales
LIVIA R. MORALES
Staff Attorney
Attorney for LARRY MALATO

**O R D E R**

Upon Reading and filing the Foregoing application in that behalf, IT IS ORDERED THAT A Writ of Habeas Corpus ad Prosequendum issue as prayed for herein.

DATED: March 2, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DDad1/orders.criminal/malato0306.writ