PROB12A1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | Larry L. MALATO |
| **Docket Number:** | 2:05MG00306-01 |
| **Offender Address:** | Sacramento, California |
| **Judicial Officer:** | Honorable Dale A. Drozd<br>United States Magistrate Judge<br>Sacramento, California |
| **Original Sentence Date:** | 05/16/2006 |
| **Original Offense:** | 18 USC 641 - Theft of Government Property<br>(CLASS A MISDEMEANOR) |
| **Original Sentence:** | 36 months probation; $25 special assessment |
| **Special Conditions:** | Warrantless search; Correctional treatment; Drug testing; Alcohol restrictions; Mental health treatment; Co-payment plan |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | 05/16/2006 |
| **Assistant U.S. Attorney:** | Katherine Underwood<br>Certified Law Student    **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Livia Morales    **Telephone:** (916) 498-5700<br>Assistant Federal Defender |
| **Other Court Action:** | None |

**RE:    Larry L. MALATO**
          **Docket Number:   2:05MG00306-01**
          <u>**REPORT OF OFFENDER NON-COMPLIANCE**</u>

---

## NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision.  The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

**1.     ILLICIT DRUG USE (05/23/2006)**

**Details of alleged non-compliance:**  On May 23, 2006, the defendant submitted a urine sample that returned positive for marijuana.

**United States Probation Officer Plan/Justification:** The defendant was confronted regarding his drug use.  He admitted smoking marijuana shortly after he was sentenced in this case.  The probation officer is very much concerned regarding the defendant's illicit drug use.  However, it is felt that revocation is premature.  The defendant was just sentenced to probation and is due to enter the Effort Residential Treatment Program on June 10, 2006.  It is felt the defendant should be given an opportunity to participate in a residential treatment program and receive treatment to assist him with his drug abuse. Therefore, it is recommended that no action be taken at this time.

                                  Respectfully submitted,

                                  /s/   Kris M. Miura

                              **KRIS M. MIURA**
                         **United States Probation Officer**
                            Telephone:  (916) 930-4305

**DATED:**     June 8, 2006
               Sacramento, California
               KMM:jz


**REVIEWED BY:**     /s/   Kyriacos M. Simonidis
                     **KYRIACOS M. SIMONIDIS**
                     **Supervising United States Probation Officer**

**RE:    Larry L. MALATO**
        **Docket Number:   2:05MG00306-01**
        **REPORT OF OFFENDER NON-COMPLIANCE**

---

**THE COURT ORDERS:**

( X )   The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

(   )   Submit a Request for Modifying the Conditions or Term of Supervision.

(   )   Submit a Request for Warrant or Summons.

(   )   Other:

**DATED: June 9, 2006.**

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE


Dad1/orders.criminal/malato0306.ord

cc:     United States Probation
        Katherine Underwood, Assistant United States Attorney
        Livia Morales, Assistant Federal Defender

Attachment:  Presentence Report   (Sacramento only)